**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL D. HILL            ) | |
|        Plaintiff,     ) | |
| v.                         ) | C.A. No. 07-2085 (ESH) |
| PRESTON M. GEREN, III      ) | |
|        Defendant.    ) | |

**NOTICE OF PROOF OF SERVICE**

COMES NOW plaintiff, through undersigned counsel, and certifies to the Court that service of process in the above-captioned case has been completed. In support thereof, counsel provides the Court with proof of service of the Summons, Complaint, and a Notice of Right to Consent to Trial Before United States Magistrate Judge. Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i). Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on November 27, 2007. Page 4 demonstrates that the defendant received service on December 19, 2007.







                Respectfully submitted,

                <u>/s/ Grant Lattin</u>
                Grant Lattin, DC Bar No. 436051
                Lattin & Bednar, LLP
                11970 Shorewood Court
                Woodbridge, Virginia   22192
                Tel:  703-490-0000
                Fax: 703-991-0454