## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D. HILL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-2085 (ESH) |
| | ) |
| PRESTON M. GEREN, III | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF PROOF OF SERVICE

COMES NOW plaintiff, through undersigned counsel, and certifies to the Court that service of process in the above-captioned case has been completed. In support thereof, counsel provides the Court with proof of service of the Summons, Complaint, and a Notice of Right to Consent to Trial Before United States Magistrate Judge. Service of the above documents was accomplished via certified U.S. Mail, postage-prepaid, with return receipts requested from recipients pursuant to Fed. R. Civ. P. 4(i). Pages 2 and 3 of this document prove that the U.S. Attorney General and the U.S. Attorney for the District of Columbia received the above documents on November 27, 2007. Page 4 demonstrates that the defendant received service on December 19, 2007, through his designated agent Chief, U.S. Army Litigation Division.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $0.75 | 0020 |
| Certified Fee | $2.65 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.15 | OCCOQUAN VA 22125 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | NOV 19 2007 |
| Total Postage & Fees | $5.55 | 11/19/2007 |

Sent To: U.S. Attorney General
Street or PO: Attn: Mail Referral Unit, Rm B-103
City, State: 950 Pennsylvania Avenue
Washington, DC 20530

7006 2760 0005 0996 9626

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Attn: Mail Referral Unit, Rm B-103
   950 Pennsylvania Avenue
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Earnest L. Parker*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
NOV 27 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 0996 9626

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





Respectfully submitted,

/s/ Grant Lattin
Grant Lattin, DC Bar No. 436051
Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, Virginia  22192
Tel:  703-490-0000
Fax: 703-991-0454

    Respectfully submitted,

/s/ Grant Lattin
Grant Lattin, DC Bar No. 436051
Lattin & Bednar, LLP
11970 Shorewood Court
Woodbridge, Virginia   22192
Tel:  703-490-0000
Fax: 703-991-0454