UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL D. HILL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Preston M. Geren, III Secretary of the Army )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2085 (ESH) |

## CONSENT MOTION FOR A VOLUNTARY REMAND TO THE AGENCY

For the reasons set forth below, Defendant requests that this case be voluntarily remanded to the agency for further administrative action. Upon consideration of the issues raised in the Plaintiff's Complaint, Defendant seeks to withdraw the final agency decision denying Plaintiff's request for relief at the Army Board for Correction of Military Records (ABCMR) and remand the action to the ABCMR to reconsider its decision. Accordingly, Defendant requests that the Court grant the motion to voluntary remand the case to the agency for further action. In support of this motion, Defendant states the following:

1. Plaintiff brings suit pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, challenging a decision by the ABCMR as arbitrary, capricious, or contrary to law. Plaintiff seeks to have the ABCMR's decision on August 16, 2007 vacated and to remand the Plaintiff's application to the ABCMR for readjudication.

2. Neither party has submitted any motions in this case to date.

3. Upon review of Plaintiff's Complaint, the Defendant agrees that the ABCMR should further analyze and discuss the competing Army regulations surrounding the Plaintiff's retirement and promotion.

4. Accordingly, the Army requests that the issue be remanded to the Agency for further action. Counsel for the Army has contacted the ABCMR, and the board is willing to reconsider Plaintiff's application. On remand, the ABCMR will examine all of the relevant regulations, consider the argument and evidence pertaining to the Plaintiff's circumstances, and then readjudicate Plaintiff's application to correct his records.

5. The Defendant anticipates that it will take approximately 180 days for reconsideration of this case by the ABCMR.

6. The parties have conferred and Plaintiff supports the Defendant's request that the Court grant this motion to voluntarily remand the case to give the ABCMR an opportunity to reconsider Plaintiff's application.

7. Within 30 days after final action by the ABCMR, the parties will file with the Court a copy of the decision of the ABCMR, along with a motion setting forth their respective positions as to whether this case is moot or needs to be placed on the Court's active docket.

For the foregoing reasons, the Defendant respectfully requests that the Court grant this consent motion to voluntarily remand this case to the agency for further action.

Respectfully submitted,

    /s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/
         BRIAN C. BALDRATE
         Special Assistant United States Attorney
         Civil Division
         555 Fourth St., N.W.
         Washington, D.C. 20530
         202-353-9895

Of Counsel:
KELLY L. McGOVERN
U.S. Army Litigation Division
901 N. Stuart St., Suite 400
Arlington, VA 22203
703-696-2515

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL D. HILL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 07-2085 (ESH) ) |
| **PETE GEREN,**<br>**Secretary of the Army,** | ) ) ) |
| **Defendant.** | ) ) ) |

### ORDER

Upon consideration of Defendant's consent Motion that this case be voluntarily remanded to the agency for further administrative action, it is hereby

**ORDERED** that Defendant's Motion is Granted;

**ORDERED** that within 30 days after final action by the ABCMR, the parties report back to the Court their respective positions as to whether this case is moot or needs to be placed back on the Court's active docket.

Dated this _____ day of _____, 2008.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Counsel for Parties via ECF