IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL D. HILL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PETE GEREN,** )<br>**Secretary of the Army,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 07-2085 (ESH)** |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by **September 19, 2008**;

2. Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by **November 3, 2008**;

3. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **December 3, 2008**;

4. Plaintiff's Reply to Defendant's Opposition due **December 19, 2008**; and

5. Defendant's obligation to file an Answer should be stayed until 10 days following resolution of the parties' cross-motions for summary judgment.

Due to both counsel's extensive docket, the parties respectfully request an elongated briefing schedule. A proposed Order consistent with this Motion is attached.

                    Respectfully submitted,

_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

| _/s_____ | _/s_____ |
|---|---|
| RICHARD A. BEDNAR | LANNY J. ACOSTA, JR. |
| Law Office of Richard A. Bednar | Special Assistant U.S. Attorney |
| 12107 Park Shore Ct. | 455 Fourth Street, N.W., |
| Woodbridge, VA 22192-2217 | Washington, D.C. 20530 |
| (703) 490-0000 | (202) 353-9895 |

_/s_____
Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South
14th Floor New York, NY 10016-8403
212-686-3434 Ext. 206

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL D. HILL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-2085 (ESH) |
| **PETE GEREN,** Secretary of the Army, | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Joint Motion to Establish a Briefing Schedule, it is hereby

**ORDERED** that Defendant's Motion is Granted and further ordered that:

Defendant's Motion for Summary Judgment and submission of Administrative Record due by **September 19, 2008**;

Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by **November 3, 2008**;

Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **December 3, 2008**; and

Plaintiff's Reply to Defendant's Opposition due **December 19, 2008**; and further

**ORDERED** that Defendant's obligation to file an Answer should be stayed until 10 days following resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2008.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Counsel for Parties via ECF